

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00376-CV

RUEBEN MENDOZA                                                    APPELLANT

V.

FORT WORTH HOUSING                                               APPELLEES
AUTHORITY AND AMERITEX
SECURITY

------------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Motion to Dismiss in 2nd Court of Appeals." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  November 21, 2013

---

[1]*See* Tex. R. App. P. 47.4.